IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**WILFREDO LORA-GONZALEZ,**

    Petitioner,

    v.

**MARY SABOL,** Warden of York County Prison,

    Respondent.

CIVIL ACTION NO. 3:CV-15- 2454

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MEHALCHICK)

## ORDER

**NOW**, this 30th day of March, 2016, upon review of the Report and Recommendation of Magistrate Judge Karoline Mehalchick (Doc. 16) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 16) is **ADOPTED in its entirety**;

(2) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED with prejudice**;

(3) Petitioner's Motion to Stay Execution of Final Order (Doc. 2) is **DENIED as moot**;

(3) The Clerk of Court is directed to mark this case as **CLOSED**.

A. Richard Caputo
United States District Judge